## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release ("Agreement") is entered into by (1) SNR Contractors & Associates, Inc. and Salome Navarro (collectively, "Company"), and (2) Rosa Alba Arellano, Carlos Alvarado, Hector Aviles Lopez, Alma Ceballos, Georgina Ceballos, Juan Manuel Cervantes Lopez, Mirna Diaz Aguilar, Gabriela Diaz Aguilar, Ernesto Fonseca Landeros, Vernon Gallegos, Jose Luis Gonzalez, Tomas Lara Martinez, Kaylee Lopez, Georgina Martinez Coronado, Wilber Alexander Menjivar, Eduardo Celestino Menjivar, Juan Carlos Menjivar Menjivar, Katherine Morales, Lidia Ojeda de Salazar, Cristina Noheme Peinado Portillo, Marcela Pena Martinez, Eva Cecilia Portillo Mendoza, Roberto Ramirez, Claudia Ivette Rodriguez Pena, Bertha Romero, Samantha Salazar, Eduardo Sachina Castro, Javier Solis Diaz, Daniel Sosa Sanchez, Juan Tovar Orantes and Nuvia Vazquez Barrientos (collectively "Workers"). Workers and Company are referred to collectively herein as the "Parties."

WHEREAS, Representative Plaintiffs filed a lawsuit on behalf of themselves and on behalf of those similarly situated, alleging violations of the Fair Labor Standards Act ("FLSA") and Colorado wage law, captioned as, *Samantha Salazar, Lidia Elizabeth Ojeda de Salazar, and Wilber Alexander Menjivar on their own behalf and on behalf of all others similarly situated, v. SNR Contractors & Associates, Inc., and Salome Navarro*, 1:19-cv-03128-RBJ (the "Lawsuit"). Defendants deny they owe Workers any unpaid wages, penalties arising out of any alleged unpaid wages, or other form of compensation, and Defendants claim that they have previously paid to the Workers any and all monies that were due or may have been due to the Workers. At this time, the Parties want to avoid further litigation, costs, legal fees and inconvenience and enter into this Agreement to resolve all claims, including claims for attorneys' fees and costs, brought in the Lawsuit as specified herein;. The Agreement sets forth all of the terms of their agreement.

WHEREAS, the Parties were each represented by legal counsel throughout the Lawsuit and negotiations leading to the Agreement.

NOW, THEREFORE, in consideration of the mutual promises set forth herein and the recitals stated above, which form a material part of this Agreement, the Parties hereby agree as follows:

1.    **Consideration.**    In consideration for the Company's signing of this Agreement and compliance with its terms, the Workers agree to dismiss their lawsuit and release their claims as set forth in paragraphs 3 and 4 below. In consideration for the Workers' signing this Agreement and complying with its terms, SNR Contractors & Associates, Inc. and Mr. Salome Navarro agree, jointly and severally, to pay Workers the total gross amount of $350,000.00 ("settlement payments").

The Parties will file a joint motion seeking the Court's approval of this Settlement Agreement. Within twenty-one (21) calendar days of the Court's approval of this Settlement Agreement, the Company will deliver all settlement payments. Defendants shall deliver these settlement payments to counsel for the Employees at:

Matthew Fritz-Mauer

Ex. 1

THE KELMAN BUESCHER FIRM
600 Grant St. – Suite 825
Denver, CO. 80203

## A. Form of Payment.

    **(i)**    Defendants agree to make, and Plaintiffs agree to accept, payments as set forth below.

        a.    The company will issue two checks to each signatory Employee. One such settlement check will represent wages, will be issued in the gross amount stated in Column B below, will be reported on an IRS Form W2 issued to the Employee at the conclusion of the 2021 tax year, and will be subject to any applicable local, state and federal withholding taxes payable by employees.

        b.    The second settlement check issued to each signatory Employee will represent liquidated damages provided for by 29 U.S.C. 216(b) and penalties provided by C.R.S. § 8-4-109(3), will not be subject to income tax withholding, will be issued in the amount stated in Column C below and which amount will be reported by the Company in "Box 3" on an IRS Form 1099-MISC issued to the Employee within the time period required by law. As set forth in (1)(A)(i)(e) below, the IRS Form 1099-MISC the Company issues to representative Plantiffs Samantha Salazar, Lidia Elizabeth Ojeda de Salazar, and Wilber Alexander Menjivar will also report $36,339.99 in Box 10 as each representative's pro-rata share of attorney's fees paid.

        c.    The non-wage settlement check payable to named representative Plaintiffs Samantha Salazar, Lidia Ojeda de Salazar and Wilber Alexander Menjivar will include an additional amount of $5,000.00 as a representative incentive award. This incentive award amount is reflected in their non-wage payment totals set forth in column C below.

d.  Defendant shall make settlement payments in the following amounts:

| A | B | C |
|---|---|---|
| Worker | Gross Amount of Wage Payment | Amount of Non-Wage Payment (Penalties, Liquidated Damages, Representative Incentive Awards) |
| Rosa Alba Arellano | $ 2,580.65 | $ 7,419.35 |
| Carlos Alvarado | $ 1,562.84 | $ 4,493.16 |
| Hector Aviles Lopez | $ 516.13 | $ 1,483.87 |
| Alma Ceballos | $ 1,089.81 | $ 3,133.21 |
| Georgina Ceballos | $ 1,329.90 | $ 3,823.47 |
| Juan Manuel Cervantes Lopez | $ 766.59 | $ 2,203.96 |
| Mirna Diaz Aguilar | $ 1,406.46 | $ 4,043.59 |
| Gabriela Diaz Aguilar | $ 1,779.16 | $ 5,115.09 |
| Ernesto Fonseca Landeros | $ 3,870.97 | $ 11,129.03 |
| Vernon Gallegos | $ 516.13 | $ 1,483.87 |
| Jose Luis Gonzalez | $ 2,658.32 | $ 7,642.68 |
| Tomas Lara Martinez | $ 516.13 | $ 1,483.87 |
| Kaylee Lopez | $ 1,102.36 | $ 3,169.28 |
| Georgina Martinez Coronado | $ 2,580.65 | $ 7,419.35 |
| Wilber Alexander Menjivar | $ 2,572.19 | $ 12,395.06 |
| Eduardo Celestino Menjivar | $ 3,192.13 | $ 9,177.37 |
| Juan Carlos Menjivar Menjivar | $ 3,437.87 | $ 9,883.88 |
| Katherine Morales | $ 1,779.16 | $ 5,115.09 |
| Lidia Ojeda de Salazar | $ 1,806.45 | $ 10,193.55 |
| Cristina Noheme Peinado Portillo | $ 5,677.42 | $ 16,322.58 |
| Marcela Pena Martinez | $ 804.90 | $ 2,314.10 |
| Eva Cecilia Portillo Mendoza | $ 3,103.47 | $ 8,922.48 |
| Roberto Ramirez | $ 2,906.58 | $ 8,356.42 |
| Claudia Ivette Rodriguez Pena | $ 764.70 | $ 2,198.50 |
| Bertha Romero | $ 1,877.68 | $ 5,398.32 |
| Samantha Salazar | $ 1,806.45 | $ 10,193.55 |
| Eduardo Sachina Castro | $ 516.13 | $ 1,483.87 |
| Javier Solis Diaz | $ 1,502.97 | $ 4,321.03 |
| Daniel Sosa Sanchez | $ 1,449.81 | $ 4,168.19 |
| Juan Tovar Orantes | $ 525.68 | $ 1,511.32 |
| Nuvia Vazquez Barrientos | $ 2,317.74 | $ 6,663.51 |

e.  Defendants shall issue a check made payable to The Kelman Buescher Firm in the amount of $109,019.96, for attorneys' fees and costs. Company shall issue The Kelman Buescher Firm an IRS Form 1099 within the time period required by law.  The IRS Form 1099-MISC the Company issues to representative Plaintiffs Samantha Salazar, Lidia Elizabeth Ojeda de Salazar and Wilber Alexander Menjivar will report $36,339.99 in Box 10 as each representative's pro-rata share of attorney's fees paid.

f.  Workers agree and understand that Company has not made any representations concerning the tax treatment of the non-wage payments made pursuant to this Agreement.  Workers agree they are solely responsible for determining the tax consequences of non-wage payments.  Workers agree they shall be solely responsible for the payment of any and all taxes, contributions, withholdings, fees or interest owed or deemed to be owed to any local, state or federal agency or taxing authority in connection with the non-wage payments referred to in paragraphs 1(A)(i)(b), (c) and (e), and any penalties, fines or assessments that may be imposed on such amounts by any federal, state or local agency or taxing authority.

g.  The Company agrees and understands that the Workers have not made any representations concerning the tax treatment of the payments made pursuant to this Agreement.  The Company agrees that it is solely responsible for the payment of any and all employer taxes, contributions, withholdings, fees or interest owed or deemed to be owed to any local, state or federal agency or taxing authority in connection with wage payments made pursuant to this settlement agreement.

2.  **Court Approval.**  The Parties will submit this Agreement to the court, along with an appropriate motion, seeking court approval of the Agreement terms.

3.  **Dismissal of Lawsuit.**  Within seven days after all payments are made as described above, the Parties will ask the court to dismiss the lawsuit in its entirety and with prejudice.

4.  **General Release, Claims Not Released, and Related Provisions**

A.  **Release of All Claims**.  In consideration for the payments set forth in paragraph 1 above, the Workers knowingly and voluntarily release and forever discharge Company, its parent corporation, affiliates, subsidiaries, divisions, predecessors, insurers, successors and assigns, and their current and former employees, attorneys, officers, directors and

Page **4** of **12**

agents thereof, both individually and in their business capacities, and their employee benefit plans and programs and their administrators and fiduciaries (collectively referred to throughout the remainder of this Agreement as "Releasees"), of and from any and all claims, known and unknown, asserted or unasserted, which Workers have or may have against Releasees as of the date of execution of this Agreement, including, but not limited to, any alleged violation of:

Title VII of the Civil Rights Act of 1964;

Sections 1981 through 1988 of Title 42 of the United States Code;

The Fair Labor Standards Act

The Employee Retirement Income Security Act of 1974 ("ERISA") (except for any vested benefits under any tax qualified benefit plan);

The Immigration Reform and Control Act;

The Americans with Disabilities Act of 1990;

The Age Discrimination in Employment Act of 1967 ("ADEA");

The Worker Adjustment and Retraining Notification Act;

The Fair Credit Reporting Act;

The Family and Medical Leave Act;

The Equal Pay Act;

The Colorado Anti-Discrimination Act, as amended;

The Colorado Equal Pay Law;

The retaliation provisions of the Colorado Workers' Compensation law;

The Colorado Wage Claim Act

Colorado Overtime and Minimum Payment Standards Order 37 (or its predecessors);

The Colorado Minimum Wages of Workers' Act;

The Colorado Labor Peace Act;

The Colorado Civil Rights Commissions' Regulations;

The Colorado Constitution;

26 U.S.C. § 7434;

any other federal, state or local law, rule, regulation, or ordinance

any public policy, contract, tort, or common law; or

any basis for recovering costs, fees, or other expenses including attorneys'
fees incurred in these matters.

      B.    **Claims Not Released.**  Workers are not waiving any rights they may
have to: (a) pursue claims which by law cannot be waived by signing this Agreement; (b) enforce
this Agreement; and/or (c) challenge the validity of this Agreement.  No provision of this
Agreement shall release or otherwise compromise participation in or recovery from any action
based upon facts or events occurring after the ratification of this Agreement.

      C.    **Governmental Agencies.**  Nothing in this agreement prohibits or
prevents Workers from filing a charge with or participating, testifying, or assisting in any
investigation, hearing, or other proceeding before any federal, state or local governmental agency.
However, to the maximum extent permitted by law, Workers agree that if such an administrative
claim is made, Workers shall not be entitled to recover any individual monetary relief or other
individual remedies.

      5.    **Acknowledgments and Affirmations.**

      The Parties acknowledge and affirm that genuine disputes of fact and law existed
in the lawsuit, and the settlement payment is a reasonable and fair compromise of the disputes.

      Workers acknowledge and affirm that, after payment of the monies specified in
paragraph 1 above, Company will have paid them all amounts claimed due from Defendants
whether designated as wages, paid time off, vacation or other leave time, overtime, tips, bonuses,
and all other forms of wages due or claimed to be  owing to  Plaintiffs as a result of any and all
work they have ever performed for Company, and all liquidated damages, penalties, interest,
attorneys' fees, and costs to which they claim they are or may have been entitled pursuant to the
FLSA, Equal Pay Act, and Colorado wage laws.

      The Company claims that no wages or other form of compensation are due and/or owing
from the Company to any of the Employees, and the Company is willing to pay the consideration

set forth in paragraph 1 above for the sole purpose of resolving these disputed claims and bringing this litigation to a close.

The Workers also affirm that they have reported all hours worked as of the date Workers sign this release and have been paid and/or have received all compensation, wages, bonuses, commissions, and/or benefits to which Workers may be entitled.

6.    **Return of Property**.  The Workers affirm that they have returned all of the Company's property, documents, and/or any confidential information in Workers' possession or control.  Workers also affirm that they are in possession of all of their property that they had at the Company's premises and that Company is not in possession of any of the Workers' property.

7.    **Governing Law and Interpretation.**  This Agreement shall be governed and conformed in accordance with the laws of the State of Colorado without regard to its conflict of laws provision.  In the event of a breach of any provision of this Agreement, any Party may institute an action specifically to enforce any term or terms of this Agreement and/or to seek any damages for breach.  Should any provision of this Agreement be declared illegal or unenforceable by any court of competent jurisdiction and cannot be modified to be enforceable, excluding the general release language, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect.

8.    **Nonadmission of Wrongdoing.**   The Parties agree that neither this Agreement nor the furnishing of the consideration for this Agreement shall be deemed or construed at any time for any purpose as an admission by Releasees of wrongdoing or evidence of any liability or unlawful conduct of any kind. The Parties further agree that this Agreement shall not be admissible in any proceeding (without the written consent of the Parties or unless ordered by a court of competent jurisdiction), except (i) one instituted by either party alleging a breach of this Agreement; or (ii) one brought by Workers or the Company alleging a violation of the release and covenant not to sue contained herein.

9.    **Full Knowledge, Consent, and Voluntary Signing.** Workers also agree that they are entering into this agreement knowingly, voluntarily, and with full knowledge of its significance; they have not been coerced, threatened, or intimidated into signing this agreement; and they have been advised to consult with an attorney, and in fact have consulted with an attorney.

10.    **Amendment**.  This Agreement may not be modified, altered or changed except in writing and signed by all Parties wherein specific reference is made to this Agreement.

11.    **Counterparts and Signatures**.  This Agreement may be signed in counterparts, each of which shall be deemed an original, but all of which, taken together shall constitute the same instrument.  A signature made on a faxed or electronically mailed copy of the

Agreement or a signature transmitted by facsimile or electronic mail will have the same effect as the original signature.  Electronic signatures shall be deemed valid ratification of this Agreement.

        12.   **Entire Agreement.**   This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. Workers acknowledge that they have not relied on any representations, promises, or agreements of any kind made to them in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

**ALL WORKERS ARE ADVISED THAT THEY HAVE UP TO TWENTY-ONE (21) CALENDAR DAYS TO CONSIDER THIS AGREEMENT.  THEY ARE ALSO ADVISED TO CONSULT WITH AN ATTORNEY PRIOR TO THEIR SIGNING OF THIS AGREEMENT.**

**ANY WORKER MAY REVOKE THIS AGREEMENT FOR A PERIOD OF SEVEN (7) CALENDAR DAYS FOLLOWING THE DAY THEY SIGN THIS AGREEMENT AND GENERAL RELEASE.  ANY REVOCATION WITHIN THIS PERIOD MUST BE SUBMITTED, IN WRITING, TO BRETT M. WENDT, ESQ., AND STATE, "I HEREBY REVOKE MY ACCEPTANCE OF OUR AGREEMENT AND GENERAL RELEASE."  THE REVOCATION MUST BE MAILED TO BRETT M. WENDT FISHER PHILLIPS, LLP 125 17TH STREER – SUITE 2400, DENVER, CO 80202 AND POSTMARKED WITHIN SEVEN (7) CALENDAR DAYS AFTER THE WORKER SIGNED THIS AGREEMENT.**

**THE WORKERS AGREE THAT ANY MODIFICATIONS, MATERIAL OR OTHERWISE, MADE TO THIS AGREEMENT, DO NOT RESTART OR AFFECT IN ANY MANNER THE ORIGINAL UP TO TWENTY-ONE (21) CALENDAR DAY CONSIDERATION PERIOD.**

**ALL WORKERS AGREE THAT THEY HAVE BEEN PROVIDED A REASONABLE PERIOD OF TIME TO CONSIDER THIS AGREEMENT, AND THAT THEY HAVE CONSULTED WITH AN ATTORNEY ABOUT THIS AGREEMENT, AND HAVE BEEN ADVISED TO CONSULT WITH AN ATTORNEY PRIOR TO THEIR SIGNING OF THIS AGREEMENT.**

**THE WORKERS FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, ENTER INTO THIS AGREEMENT INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS THEY HAVE OR MIGHT HAVE AGAINST RELEASEES.**

The Parties knowingly and voluntarily sign this Settlement Agreement and General Release as of the date(s) set forth below:

_____        _____
SNR Contractors & Associates, Inc.        Date


_____        _____
Salome Navarro        Date


_____        _____
Rosa Alba Arellano        Date


_____        _____
Carlos Alvarado        Date


_____        _____
Hector Aviles Lopez        Date


_____        _____
Alma Ceballos        Date


_____        _____
Georgina Ceballos        Date

Juan Manuel Cervantes Lopez

Date

Mirna Diaz Aguilar

Date

Gabriela Diaz  Aguilar

Date

Ernesto Fonseca Landeros

Date

Vernon Gallegos

Date

Jose Luis Gonzalez

Date

Tomas Lara Martinez

Date

Kaylee Lopez

Date

Georgina Martinez Coronado

Date

Wilber Alexander Menjivar

Date

Page **10** of **12**

_____          _____
Eduardo Celestino Menjivar               Date


_____          _____
Juan Carlos Menjivar Menjivar            Date


_____          _____
Katherine Morales                        Date


_____          _____
Lidia Ojeda de Salazar                   Date


_____          _____
Cristina Noheme Peinado Portillo         Date


_____          _____
Marcela Pena Martinez                    Date


_____          _____
Eva Cecilia Portillo Mendoza             Date


_____          _____
Roberto Ramirez                          Date


_____          _____
Claudia Ivette Rodriguez Pena            Date


_____          _____
Bertha Romero                            Date


_____          _____
Samantha Salazar                         Date

_____          _____
Eduardo Sachina Castro                      Date


_____          _____
Javier Solis Diaz                           Date


_____          _____
Daniel Sosa Sanchez                         Date


_____          _____
Juan Tovar Orantes                          Date


_____          _____
Nuvia Vazquez Barrientos
                                            Date

DocuSign Envelope ID: D85F848D-5283-49D2-86D6-B6B153CB7DE6

DocuSign by:

_480B33482C6947C..._

4/2/2021

---

Juan Manuel Cervantes Lopez                     Date

---

Mirna Diaz Aguilar                              Date

---

Gabriela Diaz  Aguilar                          Date

---

Ernesto Fonseca Landeros                        Date

---

Vernon Gallegos                                 Date

---

Jose Luis Gonzalez                              Date

---

Tomas Lara Martinez                             Date

---

Kaylee Lopez                                    Date

---

Georgina Martinez Coronado                      Date

---

Wilber Alexander Menjivar                       Date

Page **10** of **12**

DocuSign Envelope ID: FBF94AC8-5735-414B-A05D-A35BC58AEAF1

_____
Juan Manuel Cervantes Lopez

_____
Mirna Diaz Aguilar

_____
Gabriela Diaz  Aguilar

_____
Ernesto Fonseca Landeros

DocuSigned by:

*Vernon Gallegos*
20A1F4587DBB48F...
_____
Vernon Gallegos

_____
Jose Luis Gonzalez

_____
Tomas Lara Martinez

_____
Kaylee Lopez

_____
Georgina Martinez Coronado

_____
Wilber Alexander Menjivar

_____
Date

_____
Date

_____
Date

_____
Date

04/04/2021
_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

Page **10** of **12**

DocuSign Envelope ID: B9E87CB7-E249-4A3B-9C8C-F8022167BAEF

_____          _____
Juan Manuel Cervantes Lopez               Date


_____          _____
Mirna Diaz Aguilar                        Date


_____          _____
Gabriela Diaz  Aguilar                    Date


_____          _____
Ernesto Fonseca Landeros                  Date


_____          _____
Vernon Gallegos                           Date


_____          _____
Jose Luis Gonzalez                        Date


_____          _____
Tomas Lara Martinez                       Date
                                           02/04/2021
_____          _____
Kaylee Lopez                              Date


_____          _____
Georgina Martinez Coronado                Date


_____          _____
Wilber Alexander Menjivar                 Date

Page **10** of **12**

DocuSign Envelope ID: 7873F0C6-0C58-4314-9F8C-3B6D0C455E7E

_____        _____
Eduardo Celestino Menjivar        Date


_____        _____
Juan Carlos Menjivar Menjivar     Date


_____        _____
Katherine Morales                 Date


_____        _____
Lidia Ojeda de Salazar            Date


_____        _____
Cristina Noheme Peinado Portillo  Date


_____        _____
Marcela Pena Martinez             Date


_____        _____
Eva Cecilia Portillo Mendoza      Date


_____        _____
Roberto Ramirez                   Date

_____        _____
Claudia Ivette Rodriguez Pena     04/04/2021
                                  Date


_____        _____
Bertha Romero                     Date


_____        _____
Samantha Salazar                  Date

Page **11** of **12**

DocuSign Envelope ID: D39EB049-7469-4A1D-8820-02B429BE3220

_____            02/04/2021
Eduardo Sachina Castro                      _____
                                            Date


_____            _____
Javier Solis Diaz                           Date


_____            _____
Daniel Sosa Sanchez                         Date


_____            _____
Juan Tovar Orantes                          Date


_____            _____
Nuvia Vazquez Barrientos                    Date


Page **12** of **12**

DocuSign Envelope ID: 4A29B1C1-442F-4854-B932-2481D0AE8193

_____                  _____
Eduardo Celestino Menjivar                        Date


_____                  _____
Juan Carlos Menjivar Menjivar                     Date


_____                  _____
Katherine Morales                                 Date


_____                  _____
Lidia Ojeda de Salazar                            Date


_____                  _____
Cristina Noheme Peinado Portillo                  Date


_____                  _____
Marcela Pena Martinez                             Date


_____                  _____
Eva Cecilia Portillo Mendoza                      Date


_____                  _____
Roberto Ramirez                                   Date


_____                  _____
Claudia Ivette Rodriguez Pena                     Date


_____                  _____
Bertha Romero                                     Date


_____                  4/5/2021
_____                  _____
Samantha Salazar                                  Date


Page **11** of **12**

## ACUERDO DE CONCILIACIÓN Y DESCARGO GENERAL

Este Acuerdo de Conciliación y Descargo General ("Acuerdo") se entrega por (1) , Inc., SNR Contractors & Associates, Inc., y Salome Navarro (colectivamente, "Compañía"), y (2) Rosa Alba Arellano, Carlos Alvarado, Hector Aviles Lopez, Alma Ceballos, Georgina Ceballos, Juan Manuel Cervantes Lopez, Mirna Diaz Aguilar, Gabriela Diaz Aguilar, Ernesto Fonseca Landeros, Vernon Gallegos, Jose Luis Gonzalez, Tomas Lara Martinez, Kaylee Lopez, Georgina Martinez Coronado, Wilber Alexander Menjivar, Eduardo Celestino Menjivar, Juan Carlos Menjivar Menjivar, Katherine Morales, Lidia Ojeda de Salazar, Cristina Noheme Peinado Portillo, Marcela Pena Martinez, Eva Cecilia Portillo Mendoza, Roberto Ramirez, Claudia Ivette Rodriguez Pena, Bertha Romero, Samantha Salazar, Eduardo Sachina Castro, Javier Solis Diaz, Daniel Sosa Sanchez, Juan Tovar Orantes y Nuvia Vazquez Barrientos (colectivamente "Trabajadores"). Los Trabajadores y la Compañía se refieren colectivamente en este documento como los "Partidos".

POR CUANTO,  Demandantes Representantes presentó una demanda en nombre de sí mismos y en nombre de los situados de manera similar, alegando violaciónes de La Ley de Normas Laborales Justas ("FLSA") y la ley de salario Colorado, mencionado en forma de *Samantha Salazar, Lidia Elizabeth Ojeda de Salazar y Wilber Alexander Menjivar, en su propio nombre y en nombre de todos los demás en situaciones similares, v. SNR Contractors & Associates, Inc. and Salome Navarro* , 1:19-cv-03128-RBJ (la "Demanda"). Demandados niegan que deben a Trabajadores cualquier salario,  sanciones que surjan de cualquier supuesta salarios no pagados, o otra forma de compensación, y los Demandados dicen que ya han pagado a los Trabajadores todo del dinero debida a los Trabajadores.  En este momento, quieren los Partidos evitir litigio adicional, costos, honoroarios legales y inconveniencia y entrar a este Acuerdo por el proposito de resolver todos reclamos, incluyendo a los reclamos para honorarios de abogacia y costos, traedos en la  Demanda en forma especificada aqui. El Acuerdo establece todos los términos de su acuerdo.

 POR CUANTO, los Partidos estuvieron representados por abogados durante todo la demanda y negociaciones que condujeron a llegar al Acuerdo.

POR TANTO, en consideración de las promesas mutuas establecidas en este documento y en los considerandos mencionados anteriormente, que forman una parte sustancial de este Acuerdo, los Partidos estan en acuerdo de lo siguiente:

1.      **Consideración.** En consideración con la firma de la Compañía en este Acuerdo y el cumplimiento de la Compañía de estos términos, los Trabajadores están de acuerdo para desestimar su demanda y liberar sus reclamos como se establece en los apartados 3 y 4 siguientes. En consideración de la firma de los Trabajadores del presente Acuerdo y el cumplimiento de sus términos, SNR Contractors & Associates, Inc. y Salome Navarro les compromete, en forma "joint and several", a pagar a losTrabajadores la cantidad entero de $350,000.00 ("pagos de conciliación").

Los Partidos presentarán una moción conjunta de buscar la aprobación de este Acuerdo de Conciliación por la Corte. Dentro veintiun (21) días calendarios después de que este Acuerdo de

Conciliación esta aprobado por la Corte, la Compañía entregará todos los pagos de conciliación. Los acusados deberán entregar estos pagos de conciliación a los abogados de los Trabajadores al:

> Matthew Fritz-Mauer
> THE KELMAN BUESCHER FIRM
> 600 Grant St. - Suite 825
> Denver, CO 80203

**A.    Forma de Pagos**

(i)    Los Demandados les ponen de acuerdo hacer pagos, y los Demandantes les ponen de acuerdo aceptar los pagos, en la forma descrito abajo:

a.  La Compañía emitirá dos cheques a cada Empleado signatario. El primer cheque de conciliación representará salarios, sera en la cantidad total indicado en la columna B que sigue debajo, esta cantidad sera reportado en un formulario del IRS W2 del trabajador asalariado en la conclusión del año fiscal 2021, y estará sujeto a todos impuestos de retención locales, estatales y federales pagados por empleados.

b.  El segundo cheque de conciliación emitida a cada Empleado signatario representará daños previstos por 29 U.S.C. 216 (b) y multas previstos por C.R.S. § 8-4-109(3), no estarán sujetos a retención de impuestos, se publicará en la cantidad indicada en la columna C por debajo y que cantidad se va reporter por la Compañía en "Caja 3" en un formulario del IRS 1099-MISC emitido al trabajador dentro del período de tiempo requerido por la ley. Como esta explicado en el párafo (1)(A)(i)(e) abajo, el IRS Form 1099-MISC que la Companía emitirá a los Demandantes Representante Samantha Salazar, Lidia Elizabeth Ojeda de Salazar, y Wilber Alexander Menjivar reportara también $36,339.99 en la "Caja 10" como su proporción "pro-rata" de cada Demandante Representante de los honorarios de los abogados pagados por su parte.

c.  El cheque de conciliación no salariales pagaderos a nombradas representantes Demandantes Samantha Salazar, Lidia Ojeda de Salazar y Wilber Alexander Menjivar incluirá una cantidad adicional de $5,000.00 como un premio de incentivo por ser un representativo. Esta cantidad del premio de incentivo esta reflajada en el total de daños previstos notado en la columna C abajo.

d.  El demandado hara los pagos de conciliación en las siguientes cantidades:

| A | B | C |
|---|---|---|
| Trabajador | Cantidad Bruta de Pagos de Sueldos | Cantidad de Pagos No-Salariales (Multas, Daños, Premios de Incentivo Para Demandantes Representantes) |
| Rosa Alba Arellano | $ 2,580.65 | $ 7,419.35 |
| Carlos Alvarado | $ 1,562.84 | $ 4,493.16 |
| Hector Aviles Lopez | $ 516.13 | $ 1,483.87 |
| Alma Ceballos | $ 1,089.81 | $ 3,133.21 |
| Georgina Ceballos | $ 1,329.90 | $ 3,823.47 |
| Juan Manuel Cervantes Lopez | $ 766.59 | $ 2,203.96 |
| Mirna Diaz Aguilar | $ 1,406.46 | $ 4,043.59 |
| Gabriela Diaz Aguilar | $ 1,779.16 | $ 5,115.09 |
| Ernesto Fonseca Landeros | $ 3,870.97 | $ 11,129.03 |
| Vernon Gallegos | $ 516.13 | $ 1,483.87 |
| Jose Luis Gonzalez | $ 2,658.32 | $ 7,642.68 |
| Tomas Lara Martinez | $ 516.13 | $ 1,483.87 |
| Kaylee Lopez | $ 1,102.36 | $ 3,169.28 |
| Georgina Martinez Coronado | $ 2,580.65 | $ 7,419.35 |
| Wilber Alexander Menjivar | $ 2,572.19 | $ 12,395.06 |
| Eduardo Celestino Menjivar | $ 3,192.13 | $ 9,177.37 |
| Juan Carlos Menjivar Menjivar | $ 3,437.87 | $ 9,883.88 |
| Katherine Morales | $ 1,779.16 | $ 5,115.09 |
| Lidia Ojeda de Salazar | $ 1,806.45 | $ 10,193.55 |
| Cristina Noheme Peinado Portillo | $ 5,677.42 | $ 16,322.58 |
| Marcela Pena Martinez | $ 804.90 | $ 2,314.10 |
| Eva Cecilia Portillo Mendoza | $ 3,103.47 | $ 8,922.48 |
| Roberto Ramirez | $ 2,906.58 | $ 8,356.42 |
| Claudia Ivette Rodriguez Pena | $ 764.70 | $ 2,198.50 |
| Bertha Romero | $ 1,877.68 | $ 5,398.32 |
| Samantha Salazar | $ 1,806.45 | $ 10,193.55 |
| Eduardo Sachina Castro | $ 516.13 | $ 1,483.87 |
| Javier Solis Diaz | $ 1,502.97 | $ 4,321.03 |
| Daniel Sosa Sanchez | $ 1,449.81 | $ 4,168.19 |
| Juan Tovar Orantes | $ 525.68 | $ 1,511.32 |
| Nuvia Vazquez Barrientos | $ 2,317.74 | $ 6,663.51 |

e.  Los demandados haran un cheque al nombre de The Kelman Buescher Firm en la
    cantidad de $109,019.96, para los honorarios y costos de abogados. La Compañía emitirá
    al Kelman Buescher Firm un Formulario 1099 del IRS en el plazo requerido por la ley.
    Los formularios del IRS 1099-MISC que la Compañía da a Demandantes Representantes
    Samantha Salazar, Lidia Elizabeth Ojeda de Salazar and Wilber Alexander Menjivar
    reportarán $36,339.99 en la caja 10 como su parte-proporcional de cada representante de
    los honorarios de abogados pagados.

f.  Los Trabajadores están de acuerdo y entienden que la Compañía no ha hecho ninguna
    representación con respecto al tratamiento fiscal de los pagos no salariales efectuados en
    virtud del presente Acuerdo. Los Trabajadores están de acuerdo en que es el único
    responsable de determinar las consecuencias fiscales de los pagos no salariales. Los
    Trabajadores están de acuerdo en que será el único responsable del pago de cualquier y
    todos los impuestos, contribuciones, retenciones, tasas o intereses adeudados o que se
    considere que se le debe a cualquier ley local, estatal o federal o autoridad fiscal en
    relación con las percepciones no salariales a que se refiere en los párrafos 1(A)(i) (b), (c)
    y (e), y las posibles sanciones, multas o evaluaciones que se pueden imponer en tales
    cantidades por ninguna ley federal, estatal o local o autoridad fiscal.

g.  La Compañía está de acuerdo y entiende que los Trabajadores no han hecho ninguna
    representación con respecto al tratamiento fiscal de los pagos efectuados en virtud del
    presente Acuerdo. La Compañía está de acuerdo en que es el único responsable del pago
    de cualquier y todos los impuestos, contribuciones patronales, retenciones, tasas o
    intereses adeudados o que se considere que se le debe a cualquier ley local, estatal o
    federal o autoridad fiscal en relación con el pago de salarios formulada con arreglo al este
    acuerdo de conciliación.

2.  **Aprobación del Corte.** Los Partidos presentarán  este Acuerdo para la corte,
junto con un moción adecuado, buscando la aprobación judicial de los términos del Acuerdo.

3.   **Despido de Demanda.** Dentro de los siete días después de que todos los pagos se
hacen como se describió anteriormente, los Partidos pedirán al courte que desestime la demanda
en su totalidad y con prejuicios.

4.  **Descargo General, Reclamaciones No Renunciadas, y Provisiones
    Relacionadas**

A. **Renuncias de Todas las Reclamaciones.** En consideración a los pagos establecidos
   en el párrafo 1 anterior, los Trabajadores, a sabiendas y voluntariamente liberan y
   para siempre descargan Compañía, sus empresa matriz, filiales, subsidiarias,
   divisiones, predecesores, aseguradores, sucesores y cesionarios, y sus empleados
   actuales y anteriores, los abogados, funcionarios, directores y agentes de los mismos,

tanto individualmente como en sus capacidades de negocio y sus planes y programas de beneficios para empleados y sus administradores y fiduciarios (denominados colectivamente en todo el resto de este Acuerdo como "Exonerados"), de y de cualquiera y todas las reclamaciones , conocidos y desconocidos, afirmado o no interpuestas, que los Trabajadores tengan o puedan tener en contra Exonerados a partir de la fecha de ejecución de este Acuerdo, incluyendo, pero no limitado a, cualquier supuesta violación de:

Title VII of the Civil Rights Act of 1964;

Sections 1981 through 1988 of Title 42 of the United States Code;

The Fair Labor Standards Act

The Employee Retirement Income Security Act of 1974 ("ERISA") (except for any vested benefits under any tax qualified benefit plan);

The Immigration Reform and Control Act;

The Americans with Disabilities Act of 1990;

The Age Discrimination in Employment Act of 1967 ("ADEA");

The Worker Adjustment and Retraining Notification Act;

The Fair Credit Reporting Act;

The Family and Medical Leave Act;

The Equal Pay Act;

The Colorado Anti-Discrimination Act, as amended;

The Colorado Equal Pay Law;

The retaliation provisions of the Colorado Workers' Compensation law;

The Colorado Wage Claim Act

Colorado Overtime and Minimum Payment Standards Order 37 (or its predecessors);

The Colorado Minimum Wages of Workers Act

The Colorado Labor Peace Act;

The Colorado Civil Rights Commissions' Regulations;

The Colorado Constitution;

26 U.S.C. § 7434;

cualquier otro federal, estatal o local ley, regla, reglamento u ordenanza

cualquier política pública, contrato, agravio, o de derecho común; o

ninguna base para la recuperación de los costos, honorarios u otros gastos, incluyendo los honorarios de abogados incurridos en estos asuntos.

B. **Reclamaciones No Renunciadas.** Los Trabajadores no están renunciando a cualquier derecho que puedan tener a: (a) perseguir reclamaciones que por ley no se puede renunciar al firmar este Acuerdo; (b) hacer cumplir este Acuerdo; y / o (c) impugnar la validez de este Acuerdo. Ninguna disposición del presente Acuerdo se suelte o de otra manera comprometer la participación o la recuperación de cualquier acción basada en hechos o acontecimientos ocurridos después de la ratificación de este Acuerdo.

C. **Agencias del Gobierno.** Nada en este acuerdo prohíbe o impide Trabajadores de presentar una querella con o participar, testificar, o ayudar en cualquier investigación, audición, u otro procedimiento ante cualquier agencia gubernamental federal, estatal o local. Sin embargo, en la medida máxima permitida por la ley, los Trabajadores están de acuerdo en que si se hace una afirmación tan administrativa, los Trabajadores no tendrán derecho a recuperar cualquier compensación monetaria individuo u otros remedios individuales.

5. **Agradecimientos y afirmaciones.**
Los Partidos reconocen y afirman que genuinos controversias de hecho y de derecho existían en la demanda, y el pago de conciliación es un compromiso razonable y justa de las disputas.

Los Trabajadores reconocen y afirman que, después del pago de los fondos mencionados en el párrafo 1 anterior, la Compañía les habrá pagado todas las cantidades debidas de los Demandados que sean designadas como salarios, tiempos dado sus frutos, vacaciones o otra

forma de tiempo libre del trabajo, las horas extras, propinas, bonos, y todo otras formas de salarios debidos o allegados de estar debidos a los Demandantes y que se les adeudan, como resultado de cualquier y todo el trabajo que alguna vez han realizado para la Compañía, y todos los daños, perjuicios sanciones, intereses, honorarios de abogados y los costos a los que están o podrían haber tenido derecho en virtud del FLSA, Acata de Pago Iguál y las leyes de salario en Colorado.

La Compania dice que ningunos salarios ni ningún otra forma de compensación esta debida de la Compania a ningunos los Empleados, y la Compania esta dispuesta pagar la consideración descrito en el párafo 1 arriba solamente para el propósito de resolver estos reclamos disputados y cerrar este caso.

Los Trabajadores también afirman que los Trabajadores han informado de todas las horas trabajadas a partir de la fecha de que firman los Trabajadores este descargo y han sido pagados y / o han recibido todas las indemnizaciones, salarios, primas, comisiones, y / o beneficios a cual pudieran tener derecho los Trabajadores.

6.    **Retorno de Propiedad.** Los Trabajadores afirman que han regresado todos los bienes, documentos, y / o cualquier información confidencial de la Compañía en posesión o control de los Trabajadores. Los Trabajadores también afirman que están en posesión de todo de su propiedad que tenían los Empleados en los sitios de la Compañía y que la Compañía no está en posesión de cualquier propiedad de los Trabajadores.

7.    **Ley aplicable e Interpretación.** Este Acuerdo se regirá e conformada de acuerdo con las leyes del Estado de Colorado, sin tener en cuenta su conflicto de disposiciones legales. En el caso de incumplimiento de cualquier disposición de este Acuerdo, cualquiera de las Los Partidos podrá ejercitar una acción específica para hacer cumplir cualquier término o términos de este Acuerdo y / o de buscar los daños por incumplimiento. En cualquier acción para hacer cumplir este Acuerdo, la parte ganadora tendrá derecho a recuperar los honorarios y costos de su abogado, además de daños y perjuicios por incumplimiento. En caso de que cualquier disposición de este Acuerdo sea declarada ilegal o inaplicable por cualquier corte de jurisdicción competente y no puede ser modificado para ser ejecutable, con exclusión de la lengua liberación general, dicha disposición se convertirá inmediatamente en nulo y sin valor, dejando el resto de este Acuerdo en pleno vigor y efecto.

8.    **No admisión de mala conducta.** Los Partidos estan de acuerdo que el presente Acuerdo, ni la entrega de la contraprestación por el presente Acuerdo se considerará o interpretará en cualquier momento y por cualquier propósito como una admisión de los Partidos de irregularidades o pruebas de cualquier responsabilidad o conducta ilegal de cualquier tipo. Además, los Partidos estan de acuerdo que no presenten este Acuerdo en ningun procedimiento jurídico (sin el consentimiento escrito de los Partidos o sin orden de un corte de jurisdicción propia) menos (i) una accion instituido por cualquier de los Partidos que alega una violación de este Acuerdo; o (ii) una accion instituido por los Trabajadores o por la Compañía que alega una violación del descargo o de la promesa que no demanden que esta incluida dentro este Acuerdo.

9.    **Full Knowledge, Consent, and Voluntary Signing.**  Tambien les ponen de acuerdo los Trabajadores que entren este Acuerso conscientes, de su propia voluntud y con todo conociminento del significado de este Acuerdo; no han sido coaccionados, aminizadaos, ni intimidados para firmar este Acuerdo; y han sido avisados que debian consultar con un abogado; y, de hecho, han consultado cn un abogado.

10.    **Enmienda**. Este Acuerdo no podrá ser modificado, alterado o modificado excepto por escrito y firmado por todos los Partidos en la que se hace referencia específica a este Acuerdo.

11.    **Contrapartes y Firmas.** El presente Acuerdo podrá ser firmado en contrapartes, cada una de las cuales se considera una original, pero todos los cuales, en su conjunto constituirán el mismo instrumento. Una firma hecha en una copia por fax o por correo electrónico del Acuerdo o una firma transmitida por fax o correo electrónico tendrá el mismo efecto que la firma original.  Firmas electrónicas estaran considerados como una ratificación válida de este Acuerdo.

12.    **Acuerdo completo**. Este Acuerdo establece el acuerdo completo entre los Partidos del presente reglamento, y sustituye totalmente cualquier acuerdo anterior o entendimientos entre los Partidos. Los Trabajadores reconocen que no se han basado en las declaraciones, promesas o acuerdos de cualquier tipo efectuados a ellos en relación con su decisión aceptar este Acuerdo, a excepción de las establecidas en este Acuerdo.

**TODOS LOS TABAJADORES SON INFORMADOS QUE TIENEN HASTA VEINTIÚN (21) DÍAS CALENDARIO PARA CONSIDERAR ESTE ACUERDO. TAMBIÉN SON ACONSEJADOS CONSULTAR CON UN ABOGADO ANTES DE SU FIRMA DE ESTE ACUERDO.**

**CUALQUIER TRABAJADOR PUEDE REVOCAR ESTE ACUERDO POR UN PERÍODO DE SIETE DÍAS (7) CALENDARIO SIGUIENTE AL DÍA EN QUE SE FIRME EL PRESENTE ACUERDO Y DESCARGO GENERAL. CUALQUIER REVOCACIÓN DENTRO DE ESTE PERÍODO DEBE PRESENTARSE POR ESCRITO A BRETT M. WENDT, ESQ., Y DECLARAR, "POR LA PRESENTE REVOCO MI ACEPTACION DE NUESTRO ACUERDO Y DESCARGO GENERAL." LA REVOCACIÓN DEBE SER ENVIADA POR CORREO A BRETT M. WENDT, ESQ., FISHER PHILLIPS, LLP 125 17th STREET, SUITE 2400, DENVER, CO  80202 Y TENER MATASELLOS DENTRO DE SIETE (7) DÍAS CALENDARIO DESPUÉS DE SER FIRMADO POR EL TRABAJADOR EN ESTE ACUERDO.**

**LOS TRABAJADORES ACEPTAN QUE CUALQUIER MODIFICACIÓN, MATERIAL, O CUALQUIER OTRA, HECHO CON ESTE ACUERDO, NO REINICIE NI AFECTARÁ EN NINGUN FORMA LA ORIGINAL HASTA VEINTIUNO (21) CALENDARIO DÍA  CONSIDERACION PERIODO.**

**TODOS LOS TRABAJADORES ACEPTAN QUE HAN SIDO PROPORCIONADA UN PERIODO DE TIEMPO RAZONABLE PARA CONSIDERAR ESTE ACUERDO, Y QUE HAN CONSULTADO CON UN ABOGADO ACERCA DE ESTE ACUERDO, Y HAN SIDO INFORMADOS CONSULTAR CON UN ABOGADO ANTES DE SU FIRMA DE ESTE ACUERDO.**

**LOS TRABAJADORES LIBRE Y CONSCIENTEMENTE, Y CON PREVIO CONSIDERACION, ENTRAN EN ESTE ACUERDO CON LA INTENCIÓN DE RENUNCIAR, RESOLVER Y DESCARGAR TODOS LOS RECLAMOS QUE TIENEN O PUDIERAN TENER CONTRA LA COMPAÑÍA.**

Los Partidos, conscientemente y voluntariamente firman este Acuerdo de Conciliación y Descargo General en la fecha (s) que se establecida al siguiente:

_____          _____

SNR Contractors & Associates, Inc.          Date

_____          _____

Salome Navarro          Date

_____          _____
Rosa Alba Arellano                        Date

_____          _____
Carlos Alvarado                           Date

_____          _____
Hector Aviles Lopez                       Date

_____          _____
Alma Ceballos                             Date

_____          _____
Georgina Ceballos                Date


_____          _____
Juan Manuel Cervantes Lopez      Date


_____          _____
Mirna Diaz Aguilar               Date


_____          _____
Gabriela Diaz  Aguilar           Date


_____          _____
Ernesto Fonseca Landeros         Date


_____          _____
Vernon Gallegos                  Date

_____          _____

Jose Luis Gonzalez               Date


_____          _____

Tomas Lara Martinez              Date


_____          _____

Kaylee Lopez                     Date


_____          _____

Georgina Martinez Coronado       Date


_____          _____

Wilber Alexander Menjivar        Date


_____          _____

Eduardo Celestino Menjivar       Date

_____          _____
Juan Carlos Menjivar Menjivar             Date


_____          _____
Katherine Morales                         Date


_____          _____
Lidia Ojeda de Salazar                    Date


_____          _____
Cristina Noheme Peinado Portillo          Date


_____          _____
Marcela Pena Martinez                     Date


_____          _____
Eva Cecilia Portillo Mendoza              Date

_____                    _____
Roberto Ramirez                                     Date


_____                    _____
Claudia Ivette Rodriguez Pena                       Date


_____                    _____
Bertha Romero                                       Date


_____                    _____
Samantha Salazar                                    Date


_____                    _____
Eduardo Sachina Castro                              Date


_____                    _____
Javier Solis Diaz                                   Date

_____          _____

Daniel Sosa Sanchez                       Date


_____          _____

Juan Tovar Orantes                        Date


_____          _____

Nuvia Vazquez Barrientos                  Date

DocuSign Envelope ID: 53760112-594B-4137-A2FB-1C8A7ED96801

4/6/2021

_____          _____
Rosa Alba Arellano                        Date


_____          _____
Carlos Alvarado                           Date


_____          _____
Hector Aviles Lopez                       Date


_____          _____
Alma Ceballos                             Date

DocuSign Envelope ID: 62342E60-62CE-4F82-8546-2EDD70E3061B

_____                    _____

Rosa Alba Arellano                              Date


_____                    02/04/2021

                                                _____

Carlos Alvarado                                 Date


_____                    _____

Hector Aviles Lopez                             Date


_____                    _____

Alma Ceballos                                   Date

DocuSign Envelope ID: 97590C3E-2C18-467F-80C5-598E60B016CB

_____          _____
Rosa Alba Arellano                                              Date


_____          _____
Carlos Alvarado                                                 Date


_____          _____
Hector Aviles Lopez                                            4/5/2021

Hector Aviles Lopez                                            Date


_____          _____
Alma Ceballos                                                   Date

DocuSign Envelope ID: EA2DE910-0821-4E0D-9B66-4456B949E2AD

_____                    _____
Rosa Alba Arellano                           Date




_____                    _____
Carlos Alvarado                              Date




_____                    _____
Hector Aviles Lopez                          Date




_____                    _____
Alma Ceballos                                Date                05/04/2021

DocuSign Envelope ID: 8B18DA4F-4B9C-4639-BC14-6810D60A29A1

DocuSigned by:

*Georgina Ceballos*

F8FDA658C065481...

4/5/2021

_____          _____
Georgina Ceballos                                           Date


_____          _____
Juan Manuel Cervantes Lopez                          Date


_____          _____
Mirna Diaz Aguilar                                           Date


_____          _____
Gabriela Diaz  Aguilar                                      Date


_____          _____
Ernesto Fonseca Landeros                               Date


_____          _____
Vernon Gallegos                                              Date

DocuSign Envelope ID: 5E148E78-4414-42F2-AA00-5BE3CF697EDF

_____                    _____

Georgina Ceballos                                   Date


_____                    _____

Juan Manuel Cervantes Lopez                         Date


DocuSigned by:

_____                    _____
462235033105410                                     02/04/2021

Mirna Diaz Aguilar                                  Date


_____                    _____

Gabriela Diaz  Aguilar                              Date


_____                    _____

Ernesto Fonseca Landeros                            Date


_____                    _____

Vernon Gallegos                                     Date

DocuSign Envelope ID: 6CCD8F0D-A96B-4799-B215-FFFAA2EF85AA

_____          _____

Georgina Ceballos                        Date




_____          _____

Juan Manuel Cervantes Lopez              Date




_____          _____

Mirna Diaz Aguilar                       Date


DocuSigned by:

*Gabriela Diaz*                          02/04/2021
_____          _____
96C231F275A0407...

Gabriela Diaz  Aguilar                   Date




_____          _____

Ernesto Fonseca Landeros                 Date




_____          _____

Vernon Gallegos                          Date

DocuSign Envelope ID: 484545F5-4BF8-404E-90FB-78B74484A95A

_____          _____

Georgina Ceballos                         Date


_____          _____

Juan Manuel Cervantes Lopez               Date


_____          _____

Mirna Diaz Aguilar                        Date


_____          _____

Gabriela Diaz  Aguilar                    Date


_____          _____
DocuSigned by:
Ernesto F. L                              4/5/2021
5011AAAEA0C048D

Ernesto Fonseca Landeros                  Date


_____          _____

Vernon Gallegos                           Date

DocuSign Envelope ID: B7A8A560-AC85-473D-9A84-E166E8AB401A

DocuSigned by:

*Josel Gonzalez*

A1AD69027F704F2...

_____          _____
Jose Luis Gonzalez                              03/04/2021

                                                             Date


_____          _____
Tomas Lara Martinez                             Date


_____          _____
Kaylee Lopez                                    Date


_____          _____
Georgina Martinez Coronado                      Date


_____          _____
Wilber Alexander Menjivar                       Date


_____          _____
Eduardo Celestino Menjivar                      Date

DocuSign Envelope ID: BAC0D8BB-C22F-4E64-B29E-AB34D3CB260A

_____                    _____

Jose Luis Gonzalez                          Date


_____                    02/04/2021
                                            _____

Tomas Lara Martinez                         Date


_____                    _____

Kaylee Lopez                                Date


_____                    _____

Georgina Martinez Coronado                  Date


_____                    _____

Wilber Alexander Menjivar                   Date


_____                    _____

Eduardo Celestino Menjivar                  Date

_____          _____

Jose Luis Gonzalez                        Date


_____          _____

Tomas Lara Martinez                       Date


Georgina Mc                               04/03/21
~~Kaylee Lopez~~                          _____

                                          Date


_____          _____

Georgina Martinez Coronado                Date


_____          _____

Wilber Alexander Menjivar                 Date


_____          _____

Eduardo Celestino Menjivar                Date

DocuSign Envelope ID: EBC744A8-CFD2-4FBA-B098-B593B4CC6F65

_____          _____

Jose Luis Gonzalez                        Date


_____          _____

Tomas Lara Martinez                       Date


_____          _____

Kaylee Lopez                              Date


_____          _____

Georgina Martinez Coronado                Date


_____          _____
                                          02/04/2021

Wilber Alexander Menjivar                 Date


_____          _____

Eduardo Celestino Menjivar                Date

DocuSign Envelope ID: 2808E480-FBF5-4DBC-BD10-76302095477A

_____          _____

Jose Luis Gonzalez                        Date


_____          _____

Tomas Lara Martinez                       Date


_____          _____

Kaylee Lopez                              Date


_____          _____

Georgina Martinez Coronado                Date


_____          _____

Wilber Alexander Menjivar                 Date


_____          _____

Eduardo Celestino Menjivar                Date

02/04/2021

DocuSign Envelope ID: 6A7472A0-C4E7-4A15-A00A-CB82531948DA

04/04/2021
_____
_____

Juan Carlos Menjivar Menjivar                    Date


_____          _____

Katherine Morales                                Date


_____          _____

Lidia Ojeda de Salazar                           Date


_____          _____

Cristina Noheme Peinado Portillo                 Date


_____          _____

Marcela Pena Martinez                            Date


_____          _____

Eva Cecilia Portillo Mendoza                     Date

DocuSign Envelope ID: 28D0F1E5-495C-4038-8022-4AF364C0F02D

_____                    _____

Juan Carlos Menjivar Menjivar                        Date


DocuSigned by:

*Katherine*                                          4/8/2021
_____                    _____
857E312CAD76402...

Katherine Morales                                    Date


_____                    _____

Lidia Ojeda de Salazar                               Date


_____                    _____

Cristina Noheme Peinado Portillo                     Date


_____                    _____

Marcela Pena Martinez                                Date


_____                    _____

Eva Cecilia Portillo Mendoza                         Date

DocuSign Envelope ID: 245BEF9C-B038-4E39-A410-8498C78E889C

_____                _____

Juan Carlos Menjivar Menjivar                   Date


_____                _____

Katherine Morales                               Date


_____                4/5/2021
_____

Lidia Ojeda de Salazar                          Date


_____                _____

Cristina Noheme Peinado Portillo                Date


_____                _____

Marcela Pena Martinez                           Date


_____                _____

Eva Cecilia Portillo Mendoza                    Date

DocuSign Envelope ID: 04B968CC-21F2-42AB-AA81-341ADCC3E6C0

_____                     _____

Juan Carlos Menjivar Menjivar          Date


_____                     _____

Katherine Morales          Date


_____                     _____

Lidia Ojeda de Salazar          Date




DocuSigned by:

*Cristina*

54C6B8138CFB4AD...                     04/04/2021

Cristina Noheme Peinado Portillo          Date


_____                     _____

Marcela Pena Martinez          Date


_____                     _____

Eva Cecilia Portillo Mendoza          Date

DocuSign Envelope ID: A1A318A6-6EB9-45D5-8383-E7018CC24D34

_____        _____

Juan Carlos Menjivar Menjivar                    Date


_____        _____

Katherine Morales                                Date


_____        _____

Lidia Ojeda de Salazar                           Date


_____        _____

Cristina Noheme Peinado Portillo                 Date


DocuSigned by:

*Marcela Pena Martinez*                          04/04/2021
1AE79C701D5143A...
_____        _____

Marcela Pena Martinez                            Date


_____        _____

Eva Cecilia Portillo Mendoza                     Date

DocuSign Envelope ID: 2FF00AC5-53D2-4BD9-910B-708AD68F785F

_____          _____

Juan Carlos Menjivar Menjivar          Date


_____          _____

Katherine Morales          Date


_____          _____

Lidia Ojeda de Salazar          Date


_____          _____

Cristina Noheme Peinado Portillo          Date


_____          _____

Marcela Pena Martinez          Date


_____          02/04/2021
DCEDAC5416624D3...          _____

Eva Cecilia Portillo Mendoza          Date

DocuSign Envelope ID: 80C8367B-C862-46BF-8A63-19B11F53CEFC

_____          04/04/2021
Roberto Ramirez                           Date


_____          _____
Claudia Ivette Rodriguez Pena             Date


_____          _____
Bertha Romero                             Date


_____          _____
Samantha Salazar                          Date


_____          _____
Eduardo Sachina Castro                    Date


_____          _____
Javier Solis Diaz                         Date

DocuSign Envelope ID: 3C2434E4-071D-433D-9401-6CBA3C6E4A66

_____    _____
Roberto Ramirez                  Date


_____    _____
Claudia Ivette Rodriguez Pena       Date


_____    _____
Bertha Romero                    4/5/2021
                                 Date


_____    _____
Samantha Salazar                  Date


_____    _____
Eduardo Sachina Castro             Date


_____    _____
Javier Solis Diaz                 Date

DocuSign Envelope ID: 913C9D8C-408E-4986-8C1F-F138B4631386

_____          _____

Roberto Ramirez                          Date


_____          _____

Claudia Ivette Rodriguez Pena            Date


_____          _____

Bertha Romero                            Date


_____          _____

Samantha Salazar                         Date


_____          _____

Eduardo Sachina Castro                   Date


DocuSigned by:

DBFC08D50CEF4F1...
_____          02/04/2021
                                         _____

Javier Solis Diaz                        Date

DocuSign Envelope ID: F0E30AAE-0819-4B24-8569-7D6308876C56

DocuSigned by:

EC989C4A7E6D4B8...

_____                    03/04/2021
                                            _____
Daniel Sosa Sanchez                         Date




_____                    _____
Juan Tovar Orantes                          Date




_____                    _____
Nuvia Vazquez Barrientos                    Date

_____

**Daniel Sosa Sanchez**

**Date**


Juan Tovar-Orantes

**Juan Tovar Orantes**

4. 4 - 21

**Date**


_____

**Nuvia Vazquez Barrientos**

**Date**

DocuSign Envelope ID: 89916A35-9B28-490C-958F-3625C1472016

_____          _____

Daniel Sosa Sanchez                       Date



_____          _____

Juan Tovar Orantes                        Date


_____          _____

Nuvia Vazquez Barrientos                  02/04/2021

                                          Date