IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-03128-RBJ | Date: April 9, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| SAMANTHA SALAZAR<br>LIDIA ELIZABETH OJEDA DE SALAZAR<br>WILBER ALEXANDER MENJIVAR<br>**Plaintiffs** | *Matthew Fritz-Mauer*<br>*Jason McGaughy*<br>*Andrew Turner* |
| **v.** | |
| SNR CONTRACTORS & ASSOCIATES, INC.<br>SALOME NAVARRO<br>**Defendants** | *Brett Wendt* |

## COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session: 8:30 a.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on the proposed settlement and trial that was previously vacated.

**ORDERED:** **[66] Joint Motion for Approval of Settlement Agreement is GRANTED, remaining motions are MOOT.**

Court in Recess: 8:33 a.m.        Hearing concluded.        Total time in Court: 00:03